John L. Schaberg, St. Louis, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

**ORDER**

PER CURIAM.

Plaintiff, Donna Marie Gall, appeals from the judgment of the trial court, entered pursuant to a jury verdict, in favor of defendant, Toys "R" Us, Inc., in an action for personal injuries sustained by plaintiff in one of defendant's stores.

We have reviewed the record on appeal and find no error of law appears. An opinion would have no precedential value. The judgment is affirmed.[1] Rule 84.16(b).

*ORDER*

PER CURIAM.

Defendant appeals his conviction following a jury trial of burglary in the first degree, Section 569.160 RSMo 1994, and assault in the third degree, Section 565.070 RSMo 1994. He was sentenced as a prior and persistent offender to fifteen years imprisonment for burglary in the first degree and to one year imprisonment for assault in the third degree, to be served consecutively.

No jurisprudential purpose would be served by an extended opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

■

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Larry HOLLINS, Defendant/Appellant.**

No. 71501.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 13, 1998.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

■

**STATE of Missouri, Respondent,**

v.

**Amil BEQUETTE, Appellant.**

No. 71582.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 13, 1998.

Renee Murphy, Farmington, for appellant.

David R. Orzel, Pros. Atty., St. Francois County, Farmington, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

for its failure to comply with Rule 84.04(g) regarding reply briefs is denied.

1. Defendant's motion to strike plaintiff's brief which was filed subsequent to defendant's brief